Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS, <br><br> Plaintiff, <br><br> v. <br><br> GOLDMAN SACHS & CO., a New York limited partnership, <br><br> and <br><br> J.P. MORGAN SECURITIES INC., a Delaware corporation, <br><br> Defendants, <br><br> and <br><br> MICROTUNE, INC., a Delaware corporation, <br><br> Nominal Defendant. | NO. C07-1627 JLR <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this

action with prejudice as to the adequacy-of-the-pre-suit-demand issue under the

PLAINTIFF'S NOTICE OF DISMISSAL – 1
No. C07-1627 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

standard articulated by the Ninth Circuit (*see Simmonds v. Credit Suisse Sec. (USA) LLC*, 638 F.3d 1072, 1097 (9th Cir. 2011) (citing *In re Kauffman Mut. Fund Actions,* 479 F.2d 257, 267 (1st Cir.1973)), and without prejudice as to all other issues.

DATED this 11th day of June, 2012.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By  *s/Mark Wilner*
    Jeffrey I. Tilden, WSBA #12219
    Mark Wilner, WSBA #31550
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154
    Telephone:   (206) 467-6477
    Facsimile:   (206) 467-6292
    Email: jtilden@gordontilden.com
    Email: mwilner@gordontilden.com

**KELLER ROHRBACK L.L.P.**
Attorneys for Plaintiff

By  *s/Ian S. Birk*
    William C. Smart, WSBA #8192
    Ian S. Birk, WSBA #31431
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone:   (206) 623-1900
    Facsimile:   (206) 467-6292
    Email: wsmart@kellerrohrback.com
    Email: ibirk@kellerrohrback.com

PLAINTIFF'S NOTICE OF DISMISSAL – 2
No. C07-1627 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| **Counsel for Nominal Defendant Microtune, Inc.:**<br><br>Barnes H. Ellis<br>Molly M. Daily<br>STOEL RIVES LLP<br><br>E-Mail: bhellis@stoel.com<br>E-Mail: mmdaily@stoel.com | **Counsel for Defendants Goldman Sachs & Co. and J.P. Morgan Securities Inc.:**<br><br>Christopher B. Wells<br>Brian J. Meenaghan<br>Ryan McBride<br>LANE POWELL PC<br>E-Mail: wellsc@lanepowell.com<br><br>Meenaghanb@lanepowell.com<br>McBrideR@lanepowell.com |
|---|---|
| **Counsel for Defendant J.P. Morgan Securities Inc.:**<br><br>David W. Ichel*<br>Joe M. McLaughlin*<br>Jeffery Coviello*<br>SIMPSON, THACHER & BARTLETT LLP<br>E-Mail: dichel@stblaw.com<br>jmclaughlin@stblaw.com<br>jcoviello@stblaw.com<br>*Admitted Pro Hac Vice* | **Counsel for Defendant Goldman Sachs & Co.:**<br><br>Gandolfo V. DiBlasi*<br>Penny Shane*<br>David M.J. Rein*<br>Matthew Peller*<br>SULLIVAN & CROMWELL LLP<br>E-Mail: diblasig@sullcrom.com<br>shanep@sullcrom.com<br>reind@sullcrom.com<br>pellerm@sullcrom.com<br>*Admitted Pro Hac Vice* |

*s/Mark Wilner*
Mark Wilner, WSBA # 31550

PLAINTIFF'S NOTICE OF DISMISSAL – 3
No. C07-1627 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292